CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DARIAN SPRIGGS, an individual; STEPHANIE BRATTAIN, an individual; DERWIN GILMAN, an individual; LEE FORTNER, an individual; MINSEO JANG, an individual; W T GREER, an individual; HEATH BURKHALTER, an individual; JULIE MUNIZ, an individual; YVON NOWLAN, an individual; JUSTIN CRUZ, an individual; HOWARD DILLARD, an individual; HENRY BRANDON, an individual; JOHN S WEBB, an individual; NDRA JONES, an individual or business entity; and JOHN and JANE DOES 1-14<br><br>Defendants | Case No.: 2:16-cv-02513-APG-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT ASSOCIATED WITH IP ADDRESS 72.193.190.236** |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ME2 PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendant the Doe Defendant Associated with the IP Address 72.193.190.236 with prejudice

1

and ONLY the Doe Defendant Associated with the IP Address 72.193.190.236 from the above-captioned case.

Respectfully submitted January 20, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph) / +1.818.763.2308 (fax)
*Attorney for Plaintiff*

HAMRICK & EVANS LLP