# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ME2 PRODUCTIONS, INC., ) | Case No. 2:16-cv-02513-APG-NJK |
| ) | |
| Plaintiff(s), ) | ORDER |
| ) | |
| vs. ) | |
| ) | (Docket No. 14) |
| JOHN AND JANE DOES, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is Defendant Henry Brandon's motion for a case management hearing to determine when an evidentiary hearing can be scheduled. Docket No. 14. It is unclear from Defendant's filing why Defendant seeks an evidentiary hearing, as no motion currently pending supports one. *See* Docket.

Accordingly, Defendant's motion for a case management hearing, Docket No. 14, is hereby **DENIED**.

IT IS SO ORDERED.

DATED: February 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge