CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ME2 PRODUCTIONS, INC., a Nevada Corporation,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>DARIAN SPRIGGS, an individual; STEPHANIE BRATTAIN, an individual; DERWIN GILMAN, an individual; LEE FORTNER, an individual; MINSEO JANG, an individual; W T GREER, an individual; HEATH BURKHALTER, an individual; JULIE MUNIZ, an individual; YVON NOWLAN, an individual; JUSTIN CRUZ, an individual; HOWARD DILLARD, an individual; HENRY BRANDON, an individual; JOHN S WEBB, an individual; NDRA JONES, an individual or business entity; and JOHN and JANE DOES 1-14<br><br>　　　　　　　Defendants | Case No.: 2:16-cv-02513-APG-NJK |

**STIPULATION AND CONFESSION OF JUDGMENT**

COMES NOW Plaintiff ME2 PRODUCTIONS, INC., by and through its counsel of record, and Defendant HENRY BRANDON in proper person, and hereby stipulate and agree that judgment shall be entered against Defendant HENRY BRANDON in the amount of Six Thousand dollars (USD$6,000.00) as full and final resolution of all claims brought by Plaintiff against Defendant HENRY BRANDON.  Furthermore, to the extent that Defendant HENRY

HAMRICK & EVANS LLP

1

1  BRANDON has raised any counter-claims or other claims or causes of action against the

2  Plaintiff of any kind, such claims are hereby dismissed.

3  IT IS SO ORDERED.

   Dated: Las Vegas, Nevada   4/4/2017

4  _____

5  _____
   UNITED STATES DISTRICT JUDGE

6

   *Respectfully Submitted by:*

7

8   /s/ Charles C. Rainey                              /s/ Henry Brandon
   Charles C. Rainey, Esq. (NV Bar. 10723)        HENRY BRANDON
9  HAMRICK & EVANS, LLP                           5400 S. Maryland Pkwy.
   7670 W. Lake Mead Blvd., Ste. 140              Las Vegas, Nevada 89119
10 Las Vegas, NV 89128                            Servicemailsecure@gmail.com
   crainey@hamricklaw.com                         *Defendant in proper person*
11 Phone: +1 (702) 425-5100
   *Attorney for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HAMRICK & EVANS LLP