UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Case No. 2:16-CV-2513 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| STEPHANIE BRATTAIN, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation following an order to show cause as to why the defendants should not be severed and all but the first-named defendant dismissed. (ECF No. 37). Plaintiff ME2 Productions, Inc., filed an objection. (ECF No. 42). Defendants have not filed a response, and the time to do so has since passed.

Also before the court is plaintiff's motion for entry of clerk's default as to defendants Stephanie Brattain, Derwin Gilman, Heath Burkhalter, Yvon Nowlan, and John Webb. (ECF No. 40).

The present case is one of many filed by plaintiff against numerous Doe defendants. Exhibit 1 to ME2's objection contains its memorandum and points of authority to support its objections to the instant report and recommendation. (ECF No. 42-1). The exhibit is a carbon copy of plaintiff's objections in the case of *ME2 Productions, Inc. v. Bayu*, case no. 2:17-cv-00724-JCM-NJK. The court issued an order in *Bayu* that adopted Magistrate Judge Koppe's report and recommendation in that case and severed all but the first-named defendant. For the same reasons, the court finds severance here is appropriate for all but the first-named defendant that is still a party to the action.

**James C. Mahan**
**U.S. District Judge**

Plaintiff's motion for entry of clerk's default requests entries of default against defendants Brattain, Gilman, Burkhalter, Nowlan, and Webb. (ECF No. 40). Plaintiff's claims against defendants Gilman, Burkhalter, Nowlan, and Webb will be severed from the instant action, and therefore the court will deny plaintiff's motion as it relates to these defendants. However, the court will grant plaintiff's motion as it relates to defendant Brattain. Plaintiff effectuated service on Brattain on March 6, 2017, which gave Brattain until March 27, 2017 to answer plaintiff's complaint. (ECF No. 32). Brattain is yet to file a response. As the time for doing so has passed, the court will grant plaintiff's motion for entry of clerk's default as to defendant Brattain.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Koppe's report and recommendation (ECF No. 37) be, and the same hereby is, ADOPTED in part and REJECTED in part, consistent with the foregoing.

IT IS FURTHER ORDERED that all defendants except for Stephanie Brattain be, and the same hereby are, dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for entry of clerk's default (ECF No. 40) be, and the same hereby is, GRANTED in part and DENIED in part, consistent with the foregoing. The clerk shall enter default against defendant Brattain.

DATED November 15, 2017.

_____
UNITED STATES DISTRICT JUDGE